IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-51740 |
| | ) | |
| JAMES E. COPLEY and | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| KAREN A. COPLEY | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| Debtors | ) | |
| | ) | MOTION FOR 2004 EXAMINATION |

  Now comes Harold A. Corzin, Trustee, by and through his attorney, and hereby moves this court for an order requiring the debtors, James E. Copley and Karen A. Copley, 2666 Owaisa Road, Cuyahoga Falls, Ohio 44221, to appear for examination pursuant to Rule 2004 of the Rules of Bankruptcy Procedure at the offices of Gibson & Moran LLC, 234 Portage Trail, Cuyahoga Falls, Ohio 44221 on the 10th day of December, 2018 at 10:00 a.m. and to bring with them their KeyBank checking account statements for the months of April, May, and June, 2018; a copy of any lease agreement relating to property known as 14209 S. James Avenue, Cleveland, Ohio; all records regarding the payment of rent associated with such property from the date of the initial lease and occupation of the property by the tenant through the present date; any offers to purchase such property; the telephone number for the tenant; and a photocopy of the title to the 2016 Chevrolet Silverado and all agreements relating thereto, including security agreements, truth in lending statement, purchase contract or lease agreement, and most recent billing statements in the possession of the debtors from any creditor having a lien upon such motor vehicle.

  WHEREFORE, movant prays that this court enter its order requiring the debtors, James E. Copley and Karen A. Copley, to appear at the date and time set forth above and to bring with them and produce for inspection and copying the documents described above.

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran          (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

## **CERTIFICATE OF SERVICE**

I certify that, on October 31, 2018, a true and correct copy of this motion for 2004 examination was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Harold A. Corzin, Trustee, hcorzin@csu-law.com

United States Trustee

David T. Brady, on behalf of Home Point Financial Corporation, dbrady@sandhu-law.com

Stephen R. Franks, on behalf of Nationstar Mortgage LLC, dba Mr. Cooper, amps@manleydeas.com

Warner Mendenhall, on behalf of James and Karen Copley, warner@warnermendenhall.com

And by regular U.S. mail, postage prepaid on:

James and Karen Copley
2666 Owaisa Road
Cuyahoga Falls, OH 44221

/s/ Michael J. Moran
Michael J. Moran          (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com