## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 18-51740 |
| JAMES E. COPLEY and KAREN A. COPLEY | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor | JUDGE ALAN M. KOSCHIK |
| | MOTION TO EMPLOY |

TO THE HONORABLE ALAN M. KOSCHIK, BANKRUPTCY JUDGE

Now comes Harold A. Corzin, Trustee, by and through his attorney, and moves this Court for an order employing BK Global Real Estate Services and Daivid Sarver, to serve as the estate's agent for the purpose of liquidating the debtor's real property located at 14209 St. James Avenue, Cleveland, Ohio 44135.

For cause, the debtor states that this property will provide benefit to the estate justifying administration. The sales price will be set by agreement between said broker and the trustee, with any sale subject to approval by this Court.

Subject to Court approval, the trustee and the broker have agreed that compensation be paid on a 6% basis with 2% to broker, 2% to a local listing broker, and 2% to buyers broker. Such fee will be paid at the time of closing of any sale of the property.

The Trustee further states that David Sarver of BHHS Professional Realty, 21825 Chagrin Blvd., Suite 300, Beachwood, OH 44122 is qualified to liquidate this property and is a disinterested entity, having concurrently filed an affidavit conforming with Bankruptcy Rules 5002 and 2014.

WHEREFORE, Movant prays that this Motion be granted and that the employment of said realtor be approved by this Court

GIBSON & MORAN LLC


/s/ Michael J. Moran
Michael J. Moran         (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

## CERTIFICATE OF SERVICE

I certify that, on January 7, 2019, a true and correct copy of this motion was served via the court's Electronic Case Filing System on these individuals and entities who are listed on the court's Electronic Mail Notice List:

United States Trustee

David T. Brady, on behalf of Home Point Financial Corporation, dbrady@sandhu-law.com

Stephen R. Franks, on behalf of Nationstar Mortgage LLC, dba Mr. Cooper, amps@manleydeas.com

Warner Mendenhall, on behalf of James and Karen Copley, warner@warnermendenhall.com


/s/ Michael J. Moran
Michael J. Moran         (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

IN RE: ) CASE NO. 18-51740
)
JAMES E. COPLEY and ) IN PROCEEDINGS UNDER CHAPTER 7
KAREN A. COPLEY )
) JUDGE ALAN M. KOSCHIK
Debtors )
) AFFIDAVIT PURSUANT TO
) BANKRUPTCY RULE 5002 AND
) BANKRUPTCY RULE 2014

Now comes David Sarver of Berkshire Hathaway Home Services, 21825 Chagrin Blvd., Suite 300, Beachwood, OH 44122, pursuant to motion of the trustee herein seeking authority to employ him as real estate broker as set forth in said motion, and states upon his oath as follows:

1. Neither I nor any member of my firm or association are related to the judge of this court making the appointment as requested by the movant/affiant, nor any other judges of the United States District Court, Northern District of Ohio in all jurisdictions encompassing said district.

2. Neither I nor any member of my firm or association are related to the judge of this court approving the appointment requested by the movant/affiant, nor any other judges of the United States District Court, Northern District of Ohio in all jurisdictions encompassing said district.

3. Neither I nor any member of my firm or association have been associated with the judge of this court making or approving the appointment requested, in a professional capacity or in any other capacity, so as to render said appointment improper, nor any other judges of the United States District Court, Northern District of Ohio in all jurisdictions encompassing said district.

4. Neither I nor any member of my firm or association have been associated with or related to the United States Trustee for this district or region or any other district or region, nor any member of the staff of the United States Trustee.

5. I am a disinterested person as that term is defined in the United States Bankruptcy Code and I have no connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David Sarver- Affiant

STATE OF OHIO )
Cuyahoga ) SS
~~MAHONING~~ COUNTY )

SWORN TO before me and subscribed in my presence this 31 day of December, 2018 at Beachwood, Ohio.

NOTARY PUBLIC
NANCY A. MIRON
Notary Public, State of Ohio
My Commission Expires
May 14, 2022

18-51740-amk    Doc 44    FILED 01/07/19    ENTERED 01/07/19 15:50:04    Page 3 of 3