UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 18-51740
)
   JAMES E. COPLEY and ) CHAPTER 7
   KAREN A. COPLEY )
) JUDGE ALAN M. KOSCHIK
       DEBTORS )
) COVER SHEET TO APPLICATION TO
) EMPLOY REALTOR

(A)    Description of Estate Property (the "Property"): 14209 St. James Avenue, Cleveland, Ohio 44135

(B)    Trustee: Harold A. Corzin

(C)    Information for Professionasl Sought to be Retained by Estate:

    Name: BK Global Real Estate Services LLC
    Address 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487
    Phone: 855.658.1254
    Email: n/a
    Purpose of Retention: Realtor

    Name: David Sarver
    Address 21825 Chagrin Blvd., Suite 300, Beachwood, OH 44122
    Phone: 216.321.7040
    Email: David@SarverTeam.com
    Purpose of Retention: Realtor

(D)    Commission / Compensation and Expense Information:

    Requested Commission / Compensation: 2% to BK Global/2% to David Sarver/2% to buyers broker

    Requested Minimum Commission / Compensation: n/a

    Requested Treatment of Expenses: n/a

(E)    Listing / Sale Price of Prorty: Not yet determined

(F)    County Auditor's / Appraiser's Value of Property: $57,600.00

(G)    Listing / Sale Date of Property: Not yet determined

(H)    Liens / Other Encumbrances Against Property: Not yet determined

(I)    Special Considerations: n/a

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT AKRON

| IN RE: | ) | CASE NO. 18-51740 |
|---|---|---|
| | ) | |
| JAMES E. COPLEY and | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| KAREN A. COPLEY | ) | |
| | ) | |
| Debtor | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | MOTION TO EMPLOY |

TO THE HONORABLE ALAN M. KOSCHIK, BANKRUPTCY JUDGE

Now comes Harold A. Corzin, Trustee, by and through his attorney, and moves this Court for an order employing BK Global Real Estate Services and Daivid Sarver, to serve as the estate's agent for the purpose of liquidating the debtor's real property located at 14209 St. James Avenue, Cleveland, Ohio 44135.

For cause, the debtor states that this property will provide benefit to the estate justifying administration. The sales price will be set by agreement between said broker and the trustee, with any sale subject to approval by this Court.

Subject to Court approval, the trustee and the broker have agreed that compensation be paid on a 6% basis with 2% to broker, 2% to a local listing broker, and 2% to buyers broker. Such fee will be paid at the time of closing of any sale of the property.

The Trustee further states that David Sarver of BHHS Professional Realty, 21825 Chagrin Blvd., Suite 300, Beachwood, OH 44122 is qualified to liquidate this property and is a disinterested entity, having concurrently filed an affidavit conforming with Bankruptcy Rules 5002 and 2014.

WHEREFORE, Movant prays that this Motion be granted and that the employment of said realtor be approved by this Court

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran          (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

## CERTIFICATE OF SERVICE

I certify that, on January 10, 2019, a true and correct copy of this motion was served via the court's Electronic Case Filing System on these individuals and entities who are listed on the court's Electronic Mail Notice List:

United States Trustee

David T. Brady, on behalf of Home Point Financial Corporation, dbrady@sandhu-law.com

Stephen R. Franks, on behalf of Nationstar Mortgage LLC, dba Mr. Cooper, amps@manleydeas.com

Warner Mendenhall, on behalf of James and Karen Copley, warner@warnermendenhall.com

And by regular U.S. mail, postage prepaid, on:

David Sarver
21825 Chagrin Blvd., Suite 300
Beachwood, OH 44122

BK Global Real Estate Services LLC
1095 Broken Sound Parkway, N.W., Suite 100
Boca Raton, FL 33487

/s/ Michael J. Moran
Michael J. Moran       (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com