HAC/js
5/3/19

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-51740 |
| JAMES & KAREN COPLEY | ) | CHAPTER 7 |
| Debtors | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| | ) | |
| | ) | **MOTION FOR TURNOVER** |
| | ) | |

    Now comes Harold A. Corzin, Chapter 7 Trustee herein, and moves this Court for an Order directing the debtors to turn over to the Trustee true and accurate copies of the following:

1. Key Bank checking account statement encompassing the date of bankruptcy filing;

2. 2018 federal and state income tax return with all schedules appended;

    For cause, the Trustee states that he has requested these documents on multiple occasions, both orally and in writing; despite said requests, the debtors have failed and refused to turn over their bank account statement or copies of their tax returns with all Schedules appended. The Trustee cannot adequately administer this estate unless the debtors cooperate and the debtors

appear to have wilfully failed to cooperate and have thus violated one of their duties set forth in the provisions of 11 U.S.C. §521.

WHEREFORE, the Trustee prays for relief accordingly.

```
                                        /s/ Harold A. Corzin
                                        HAROLD A. CORZIN, (#0005021)
                                        CHAPTER 7 TRUSTEE
                                        304 N. Cleveland-Massillon Road
                                        Akron, Ohio 44333
                                        (330) 670-0770 Voice
                                        (330) 670-0297 Facsimile
                                        Hcorzin@csu-law.com
```

### NOTICE TO ALL PARTIES
### HAVING AN INTEREST IN THESE PROCEEDINGS

**You are hereby placed on notice that unless, within 20 days from the date of this Notice you make your intentions known by either contacting the Trustee, in writing, or by objecting to this Notice and requesting a formal hearing relevant to the Notice, the Court may grant the relief requested without further notice to you and without hearing. Any and all objections should be filed with the Clerk of Courts, U. S. Bankruptcy Court, 455 Federal Building, 2 South Main Street, Akron, Ohio, 44308, with a copy of the objection served upon the undersigned at the address set forth below. This Notice is being provided pursuant to 11 U.S.C. § 102(1).**

/s/Harold A. Corzin
HAROLD A. CORZIN

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served upon:

```
Attorney for Debtors
Warner Mendenhall
(electronic mail)

Debtors
James & Karen Copley
(Regular U. S. Mail)

Office of the United States Trustee
```

(Electronic mail)

Trustee's Counsel
Michael J. Moran
(electronic mail)

the <u>3rd</u> day of May, 2019.

<u>/s/ Harold A. Corzin</u>
HAROLD A. CORZIN

## NOTICE OF TRUSTEE'S MOTION FOR TURNOVER

**HAROLD A. CORZIN, Chapter 7 Trustee, has filed papers with the court seeking a turnover of certain property in this estate.**

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this turnover, or if you want the court to consider your views on the Notice, then on or before *<u>May 26, 2019</u>*, you or your attorney must:

**File with the court a written request for a hearing at:**

> Clerk of Courts
> U. S. Bankruptcy Court
> 455 Federal Building-Courthouse
> 2 South Main Street
> Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

> Harold A. Corzin
> Chapter 7 Trustee
> 304 N. Cleveland-Massillon Road
> Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date:May 3, 2019

> /s/Harold A. Corzin
> Harold A. Corzin
> Chapter 7 Trustee
> 304 N. Cleveland-Massillon Road
> Akron, Ohio 44333